**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE:      HELDRETH, CLAUDETTE SUE                    BK NO: 98-11579
                                                         7 -- Liquidation
                        Debtor.

**TRANSMITTAL OF UNCLAIMED FUNDS**

Martin P. Sheehan, Chapter 7 Trustee, reports the following:

1). Payment of the final distribution under 11 U.S.C. 726 was made in this case on November 22, 2010. The below mentioned payment was (returned due to a change of address/ has become stale). Your Trustee has voided said check. The name of the person(s) to whom such unnegotiated check was issued, the amount of such check and the last known addresses are:

| Claim No. | Amount | Creditor |
|---|---|---|
| 5 | $238.71 | Bell Atlantic<br>PO Box 11184<br>Charleston WV 25339 |
| 41 | $43.27 | Columbia-Blake Hospital<br>Blake Medical Center<br>PO Box 25004<br>Bradentown FL 34206 |
| 51 | $67.74 | Bell Atlantic<br>PO Box 11184<br>Charleston WV 25339 |
| ADM | $1,601.00 | State Tax Dept.<br>Compliance Division<br>PO Box 229<br>Charleston WV 25321-0229 |

2) Your Trustee's checks for the amount of $2,137.89, payable to the Clerk of the Court, is attached to this report and list.

3) Nothing further remains to be done in this case.

Dated: April 29, 2011

Martin P. Sheehan, Trustee
41 Fifteenth Street
Wheeling, WV 26003
(304) 232-1064